UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ELIZABETH BANKS,

    Plaintiff,

v.

ASPEN TECHNOLOGIES, INC.,

    Defendant.

Case No. 2:21-cv-10383-GAD-DRG

Hon. Gershwin A. Drain

| | |
|---|---|
| Scott P. Batey (P54711)<br>BATEY LAW FIRM, PLLC<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite, 400<br>Bingham Farms, MI 48024<br>(248) 540-6800<br>sbatey@bateylaw.com | Scott T. Patterson (P39552)<br>BUTZEL, a professional corporation<br>Attorneys for Defendant<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, MI 48084 (248) 258-2506<br>patterson@butzel.com |

## **AGREED ORDER FOR DISMISSAL OF LAWSUIT WITH PREJUDICE**

Upon the agreement of the parties for the dismissal of the above Lawsuit with prejudice as evidenced by the signatures of their attorneys below, and it appearing to the Court that the Lawsuit should be dismissed with prejudice and without costs or attorney fees, and the Court being fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that this Lawsuit shall be and hereby is dismissed with prejudice and without costs or attorney fees to any party.

Dated: August 3, 2022

                                       s/Gershwin A. Drain
                                           U.S. District Court Judge

Approved for entry:

| | |
|---|---|
| /s/ Scott P. Batey (w/perm. 12.22.21) | */s/ Scott T. Patterson* |
| Scott P. Batey (P54711) | Scott T. Patterson (P39552) |
| BATEY LAW FIRM, PLLC | BUTZEL, a professional corporation |
| Attorney for Plaintiff | Attorneys for Defendant |
| 30200 Telegraph Road, Suite, 400 | 201 W. Big Beaver Road, Suite 1200 |
| Bingham Farms, MI 48024 | Troy, MI 48084 |
| (248) 540-6800 | (248) 258-2506 |
| sbatey@bateylaw.com | patterson@butzel.com |

IBLOOMFIELD\000122236\0004\3155546.v1-8/9/21
IBLOOMFIELD\000122236\0004\3209391.v1-12/8/21